# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, Maryland 21136
(410) 282-7000  Fax (410) 823-3299

## Affidavit - Return of Private Process

**U. S. District Court District of Maryland**

Case #  1:08-cv-00136

Case    Fanning

vs.

ABC, Inc.

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 2/6/2008 at 2:38:00 PM at 1090 Vermont Ave, NW, Washington, DC 20005

**ABC, Inc. s/o Corporation Service Company was served with:**
Accepted by:  Renee Rice, Auth. Rep.

- [x] Writ of Summons
- [x] Complaint
- [ ] Injunction
- [ ] Interrogatories
- [ ] Subpoena
- [ ] Notice to Take Deposition
- [ ] Order to Appear for Oral Exam
- [x] Supporting Documents
- [ ] Confessed Judgement
- [ ] Show Cause Order
- [ ] Replevin
- [ ] Writ of Garnishment on Property
- [ ] Writ of Garnishment on Wages
- [ ] Civil Non-Domestic Case Information Report
- [ ] Civil Domestic Case Information Report
- [ ] Request for Production of Documents

Other:

**Additional Information:**

Race:            Height:           Hair            Age:
Sex              Weight            Other:

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date:  2/19/2008

_Private Process Server_

Sworn and Subscribed to before me this ____ day of _____, in the year ____.

Michael F. Stern
Notary Public
Baltimore County, Maryland
My Commission Expires 02/01/2011