IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------x
MICHAEL R. FANNING, as CHIEF EXECUTIVE    :
OFFICER OF THE CENTRAL PENSION FUND       :
OF THE INTERNATIONAL UNION OF OPERATING   :  Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS     :
                                          :
              Plaintiff,                  :
                                          :
     v.                                   :
                                          :
ABC, INC.,                                :
                                          :
              Defendant.                  :
-----------------------------------x
```

**CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Defendant ABC, Inc. ("ABC"), by counsel, respectfully submits this Consent Motion to extend its time to answer or otherwise respond to the plaintiff's Complaint in this action up to and including May 23, 2008.

In support of this Consent Motion, ABC states that no scheduling order has yet been entered in this case, that this is the first extension sought from the Court, that the parties are working to attempt to resolve this matter, and that counsel for plaintiff has consented to this motion.

Dated: May 16, 2008                      Respectfully submitted,

                                         LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                         By: /s/ Chad R. Bowman_____
                                         Nathan Siegel (#446253)
                                         Chad R. Bowman (#484150)
                                         1050 17th Street, N.W., Suite 800
                                         Washington, D.C. 20036
                                         (202) 508-1100

                                         *Attorneys for ABC, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MICHAEL R. FANNING, as CHIEF EXECUTIVE         :
OFFICER OF THE CENTRAL PENSION FUND            :
OF THE INTERNATIONAL UNION OF OPERATING        :  Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS          :
                                               :
             Plaintiff,                        :
                                               :
     v.                                        :
                                               :
ABC, INC.,                                     :
                                               :
             Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## ORDER

Upon consideration of Defendant ABC, Inc.'s Consent Motion to extend its time to answer or otherwise respond to the plaintiff's Complaint in this action up to and including May 23, 2008, it is hereby **ORDERED** that the Consent Motion is **GRANTED**.

Defendant's deadline to answer or otherwise respond to the Complaint is extended up to and including May 23, 2008.

**SO ORDERED.**

Dated: _____, 2008           _____
                                              Reggie B. Walton
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MICHAEL R. FANNING, as CHIEF EXECUTIVE       :
OFFICER OF THE CENTRAL PENSION FUND          :
OF THE INTERNATIONAL UNION OF OPERATING      :  Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS        :
                                             :
            Plaintiff,                       :
                                             :
      v.                                     :
                                             :
ABC, INC.,                                   :
                                             :
            Defendant.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Nathan E. Siegel as lead counsel and Chad R. Bowman as counsel in this case for Defendant ABC, Inc.

| | |
|---|---|
| May 16, 2008<br>D.C. Bar No. 446253 | _____/s/_____Nathan E. Siegel_____<br>Nathan E. Siegel<br>LEVINE SULLIVAN KOCH & SCHULZ, LLP<br>Suite 800<br>1050 17th St. N.W.<br>Washington, DC 20036-5514<br>Telephone:    (202) 508-1184<br>Facsimile:    (202) 861-9888<br>nsiegel@lskslaw.com |
| May 16, 2008<br>D.C. Bar No. 484150 | _____/s/_____Chad R. Bowman_____<br>Chad R. Bowman<br>LEVINE SULLIVAN KOCH & SCHULZ, LLP<br>Suite 800<br>1050 17th St. N.W.<br>Washington, DC 20036-5514<br>Telephone:    (202) 508-1120<br>Facsimile:    (202) 861-9888<br>cbowman@lskslaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MICHAEL R. FANNING, as CHIEF EXECUTIVE :
OFFICER OF THE CENTRAL PENSION FUND :
OF THE INTERNATIONAL UNION OF OPERATING : Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS :
                             Plaintiff, :
      v. :
ABC, INC., :
                          Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE REQUIRED BY LOCAL RULE 26.1**

I, the undersigned, counsel of record for Defendant ABC, Inc. ("ABC"), certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of ABC that have outstanding securities in the hands of the public:

The Walt Disney Company.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: May 16, 2008              Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        By: /s/ Chad R. Bowman_____
                                        Nathan Siegel (#446253)
                                        Chad R. Bowman (#484150)
                                        1050 17th Street, N.W., Suite 800
                                        Washington, D.C. 20036
                                        (202) 508-1100

                                        *Attorneys for ABC, Inc.*