**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICHAEL R. FANNING, as CHIEF EXECUTIVE    :
OFFICER OF THE CENTRAL PENSION FUND    :
OF THE INTERNATIONAL UNION OF OPERATING  :  Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS   :
   :
                           Plaintiff,    :
   :
           v.    :
   :
ABC, INC.,    :
   :
                     Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

Defendant ABC, Inc. ("ABC"), by counsel, respectfully submits this Motion to extend its time to answer or otherwise respond to the plaintiff's Complaint in this action up to and including June 20, 2008.

In support of this Motion, ABC states that this civil lawsuit is an action to compel an audit and collect contributions due to an employee benefit plan under the Employee Retirement Income Security Act of 1974 ("ERISA"). The parties are in the process of conducting an audit of the Central Pension Fund at issue, and working toward a possible resolution of this matter without the Court's intervention. That audit process, which has been ongoing, is not yet complete.

As such, pending completion of the audit sought by the Complaint and possible resolution of this matter, ABC seeks additional time to answer or otherwise respond to the plaintiff's Complaint. Because no scheduling order has yet been entered in this case, no other

deadlines would be effected by this motion.  This is the second extension sought from the Court

during the pendency of the audit.  Undersigned counsel sought consent for this motion from

counsel for plaintiff, but was unable to reach plaintiff's counsel prior to the holiday weekend.

Dated:  May 23, 2008                    Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        By: /s/ Chad R. Bowman_____
                                        Nathan Siegel (#446253)
                                        Chad R. Bowman (#484150)
                                        1050 17th Street, N.W., Suite 800
                                        Washington, D.C. 20036
                                        (202) 508-1100

                                        **Attorneys for ABC, Inc.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICHAEL R. FANNING, as CHIEF EXECUTIVE  :
OFFICER OF THE CENTRAL PENSION FUND  :
OF THE INTERNATIONAL UNION OF OPERATING : Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS :
              :
       Plaintiff,    :
              :
    v.        :
              :
ABC, INC.,         :
              :
       Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

   Upon consideration of Defendant ABC, Inc.'s Motion to extend its time to answer or

otherwise respond to the plaintiff's Complaint in this action up to and including June 20, 2008, it

is hereby **ORDERED** that the Motion is **GRANTED**.

   Defendant's deadline to answer or otherwise respond to the Complaint is extended up to

and including June 20, 2008.


   **SO ORDERED.**


Dated: _____, 2008    _____

                  Reggie B. Walton
                  United States District Judge