IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
MICHAEL R. FANNING, as CHIEF EXECUTIVE    :
OFFICER OF THE CENTRAL PENSION FUND       :
OF THE INTERNATIONAL UNION OF OPERATING   :  Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS     :
                                          :
                Plaintiff,                :
                                          :
        v.                                :
                                          :
ABC, INC.,                                :
                                          :
                Defendant.                :
------------------------------------x
```

**SUPPLEMENTAL FILING TO NOTIFY THE COURT
THAT PLAINTIFF HAS CONSENTED TO DEFENDANT'S MOTION (DKT. 4)
<u>FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND</u>**

Defendant ABC, Inc. ("ABC"), by counsel, respectfully submits this supplemental filing to notify the Court that Plaintiff has consented to Defendant's Motion For Extension of Time to Answer or Otherwise Respond (Dkt. 4) ("Motion") up to and including June 20, 2008.

Because undersigned counsel was unable to reach plaintiff's counsel prior to the holiday weekend, the Motion was filed on Friday, May 23, 2008 without being styled as a consent motion. Plaintiff, though counsel, has now consented to the motion.

Dated: May 27, 2008                    Respectfully submitted,

                                                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                                By:  /s/ Chad R. Bowman_____
Nathan Siegel (#446253)
Chad R. Bowman (#484150)
1050 17th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 508-1100

*Attorneys for ABC, Inc.*