IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
MICHAEL R. FANNING, as CHIEF EXECUTIVE    :
OFFICER OF THE CENTRAL PENSION FUND       :
OF THE INTERNATIONAL UNION OF OPERATING   :  Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS     :
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :
                                          :
ABC, INC.,                                :
                                          :
              Defendant.                  :
------------------------------------x
```

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

Defendant ABC, Inc. ("ABC"), by counsel, respectfully submits this Consent Motion to extend its time to answer or otherwise respond to the plaintiff's Complaint in this action up to and including July 21, 2008.

In support of this Motion, ABC states that this civil lawsuit is an action to compel an audit and to collect contributions due to an employee benefit plan under the Employee Retirement Income Security Act of 1974 ("ERISA"). ABC has cooperated with an independent audit of the Central Pension Fund at issue in this action, and has now provided all information requested by auditors. The parties understand the auditors now to be in the process of preparing a final audit report.

Pending completion of the final report of the audit sought by the Complaint, and possible amicable resolution of this matter without the need for the Court's intervention, ABC seeks additional time to answer or otherwise respond to the plaintiff's Complaint. Because no

- 2 -

scheduling order has yet been entered in this case, no other deadlines would be effected by this motion. This is the third extension sought from the Court during the pendency of the audit.

Counsel for plaintiff has consented to this motion.


Dated: June 19, 2008                    Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        By:  /s/ Chad R. Bowman_____
                                        Nathan Siegel (#446253)
                                        Chad R. Bowman (#484150)
                                        1050 17th Street, N.W., Suite 800
                                        Washington, D.C. 20036
                                        (202) 508-1100

                                        ***Attorneys for ABC, Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
MICHAEL R. FANNING, as CHIEF EXECUTIVE    :
OFFICER OF THE CENTRAL PENSION FUND       :
OF THE INTERNATIONAL UNION OF OPERATING   :  Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS     :
                                          :
              Plaintiff,                  :
                                          :
        v.                                :
                                          :
ABC, INC.,                                :
                                          :
              Defendant.                  :
------------------------------------x
```

## ORDER

Upon consideration of Defendant ABC, Inc.'s Consent Motion to extend its time to answer or otherwise respond to the plaintiff's Complaint in this action up to and including July 21, 2008, it is hereby **ORDERED** that the Consent Motion is **GRANTED**.

Defendant's deadline to answer or otherwise respond to the Complaint is extended up to and including July 21, 2008.

**SO ORDERED.**


Dated: _____, 2008          _____
                                             Reggie B. Walton
                                             United States District Judge