IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MICHAEL R. FANNING, as CHIEF EXECUTIVE  :
OFFICER OF THE CENTRAL PENSION FUND     :
OF THE INTERNATIONAL UNION OF OPERATING : Case No. 08-cv-00136 (RW)
ENGINEERS AND PARTICIPATING EMPLOYERS   :
                                        :
            Plaintiff,                  :
                                        :
      v.                                :
                                        :
ABC, INC.,                              :
                                        :
            Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ANSWER

Defendant ABC, Inc. ("ABC"), for its Answer to the Complaint, hereby responds as follows, using the same paragraph numbering and headings employed by the plaintiff:

## PARTIES

1. This paragraph contains legal conclusions that require no response and factual allegations for which ABC lacks sufficient information to form a belief as to the truth or falsity thereof, and on that basis denies. ABC admits the allegations set forth in the last sentence of paragraph 1 of the Complaint.

2. This paragraph contains legal conclusions that require no response. ABC admits that it is a corporation with executive offices at 77 West 66th Street, New York, New York 10023 and a Washington New Bureau at 1717 DeSales Street, N.W., Washington, D.C.

## JURISDICTION AND VENUE

3. This paragraph contains characterizations of Plaintiff's action that require no response. ABC admits that this Court has subject matter jurisdiction over this action.

4. ABC admits the allegations set forth in paragraph 4 of the Complaint.

5. ABC admits the allegations set forth in paragraph 5 of the Complaint.

## COMMON FACTS

6. ABC admits the allegations set forth in paragraph 6 of the Complaint.

7. ABC admits the allegations set forth in paragraph 7 of the Complaint.

8. ABC admits the allegations set forth in paragraph 8 of the Complaint.

9. ABC admits the allegations set forth in paragraph 9 of the Complaint.

10. ABC admits the allegations set forth in paragraph 10 of the Complaint.

11. ABC admits the allegations set forth in paragraph 11 of the Complaint.

12. ABC lacks sufficient information to form a belief as to the truth or falsity of the allegations set forth in paragraph 12 of the Complaint, and on that basis denies them.

13. ABC lacks sufficient information to form a belief as to the truth or falsity of the allegations set forth in paragraph 13 of the Complaint, and on that basis denies them.

14. ABC lacks sufficient information to form a belief as to the truth or falsity of the allegations set forth in paragraph 14 of the Complaint, and on that basis denies them.

15. ABC lacks sufficient information to form a belief as to the truth or falsity of the allegations set forth in paragraph 15 of the Complaint, and on that basis denies them.

## COUNT I

16. ABC hereby restates and incorporates by reference the responses set forth in paragraphs 1 through 15 as if fully set forth in this Count.

17. ABC admits the allegations set forth in paragraph 17 of the Complaint and further states that the audit is now complete and that all requested information has been provided to the auditors.

18. ABC admits the allegations set forth in paragraph 18 of the Complaint and further states that the audit is now complete and that all requested information has been provided to the auditors.

19. ABC lacks sufficient information to form a belief as to the truth or falsity of the allegations set forth in paragraph 19 of the Complaint, and on that basis denies them.

20. ABC lacks sufficient information to form a belief as to the truth or falsity of the allegations set forth in paragraph 20 of the Complaint, and on that basis denies them.

21. ABC denies the allegations set forth in paragraph 21 of the Complaint. The auditor requested information regarding employees who were not covered by the collective bargaining agreement.

22. ABC lacks sufficient information to form a belief as to the truth or falsity of the allegations set forth in paragraph 22 of the Complaint, and on that basis denies them.

ABC denies that plaintiff is entitled to any of the relief requested in the unnumbered paragraphs of the Complaint, including but not limited to the reason that a full audit of ABC's payroll records has now been completed.

ABC denies each and every allegation of the Complaint not expressly admitted herein.

### DEFENSES

#### First Defense

The Complaint fails to state a claim upon which relief may be granted.

- 4 -

**Second Defense**

ABC has discharged its duties with respect to the Central Pension Fund in the interests of its participants and beneficiaries and in accordance with relevant law and the instruments and documents governing the Central Pension Fund.

**Third Defense**

ABC's determinations were in accordance with the discretion afforded it by the Central Pension Fund and were not arbitrary, capricious, or an abuse of discretion.

**Fourth Defense**

Plaintiff's claim may be barred by the doctrines of estoppel and waiver.

ABC specifically reserves the right to amend this Answer by additional affirmative defenses as additional investigation, discovery and circumstances may warrant.

WHEREFORE, ABC requests that the Court enter judgment in its favor and against plaintiff, award ABC its fees and costs, and grant ABC such other and further relief as the Court may deem just.

Dated: July 21, 2008

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: /s/ Chad R. Bowman
Nathan Siegel (#446253)
Chad R. Bowman (#484150)
1050 17th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 508-1100

*Attorneys for ABC, Inc.*