UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. FANNING,  :
:
        Plaintiff,  : Civil Action No. 08-cv-00136 (RW)
:
v.  :
:
ABC, INC.,  :
:
        Defendant.  :

### STIPULATION OF DISMISSAL

The parties have reached a settlement. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs respectfully request that this action be dismissed, with each party to bear its own costs. All parties who have appeared have signed below.

Respectfully submitted,

Dated: September 4, 2008    By: _____
R. Richard Hopp, Bar No. 43221
**O'DONOGHUE & O'DONOGHUE LLP**
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041—Telephone

*Counsel for Plaintiff*

By:    __/s/__ per Mr. Bowman_____
Nathan Siegel, Bar No. 446253
Chad R. Bowman, Bar No. 484150
**LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.**
1050 17TH Street, N.W., Suite 800
Washington, D.C. 20036
(202) 508-1100 – Telephone

*Counsel for Defendant*

SO ORDERED, this ___ day of September, 2008

_____
United States District Court Judge
Reggie B. Walton